## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-07282-AS | Date | November 18, 2025 |
|---|---|---|---|
| Title | Xiuying Yao v. Costco Wholesale Corporation, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE SERVICE OF PROCESS ON DEFENDANT DOE COSTCO LAKEWOOD WAREHOUSE MANAGER**

On July 3, 2025, Xiuying Yao ("Plaintiff") filed a complaint against Costco Wholesale Corporation ("Costco"), Doe Costco Lakewood Warehouse Manager ("Doe Costco Manager"), and Does 1–20 in Los Angeles County Superior Court. (Dkt. No. 1 at 2). Plaintiff served Defendant Costco on July 11, 2025. (*Id.* at 1). On August 8, 2025, Defendant Costco removed the case to this Court. (*Id.*).

More than ninety days have passed since Plaintiff filed the complaint. Yet Plaintiff has not filed a proof of service reflecting that she served Defendant Doe Costco Manager. Rule 4(m) of the Federal Rules of Civil Procedure provides that if service of the summons and complaint is not made upon a defendant within ninety days of filing the complaint, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). If the plaintiff, however, "shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

Plaintiff is therefore ORDERED TO SHOW CAUSE in writing, within fourteen days of the date of this Order, why service was not timely made on Doe Costco Manager, and why this case should not be dismissed against Doe Costco Manager without prejudice for failure to effectuate service and for lack of prosecution. Failure to timely file a written response to this Order may result in dismissal of this action against Doe Costco Manager for failure to effect

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-07282-AS | Date | November 18, 2025 |
|---|---|---|---|
| Title | Xiuying Yao v. Costco Wholesale Corporation, et al. | | |

service of process within the time specified by Rule 4(m) of the Federal Rules of Civil Procedure, for failure to prosecute, and/or for failure to obey a court order.  See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**